# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SIGALA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF MCFARLAND, et al., <br><br> Defendants. | Case No.: 1:22-cv-00106-DAD-BAK (EPG) <br><br> ORDER DIRECTING PLAINTIFF TO FILE A MOTION FOR APPOINTMENT OF A GUARDIAN AD LITEM |

In the complaint filed in this action, Maria Sigala indicated that she would be proceeding as H.L.'s guardian ad litem in this action. (*See* Doc. 2 at 1-3.) Pursuant to Local Rule 202,

> Upon commencement of an action or upon initial appearance in defense of an action by or on behalf of a minor or incompetent person, the attorney representing the minor or incompetent person shall present (1) appropriate evidence of the appointment of a representative for the minor or incompetent person under state law or (2) a motion for the appointment of a guardian ad litem by the Court, or, (3) a showing satisfactory to the Court that no such appointment is necessary to ensure adequate representation of the minor or incompetent person.

*Id.* (citing Fed. R. Civ. P. 17(c)).

The Court's review of the docket reveals plaintiff has not requested appointment of a guardian ad litem, there is no evidence identified of the formal appointment of a representative for the minor child, and there is no allegation in the complaint that such an appointment is not necessary. Because the claims of H.L. may only be brought "by a next friend or by a guardian ad litem," a guardian must be appointed to protect his interests. *See* Fed. R. Civ. P. 17(c)(2).

1

Accordingly, the Court **ORDERS**:  Plaintiff **SHALL** file a motion for the appointment of Maria Sigala as the guardian ad litem **no later than June 13, 2022**.

IT IS SO ORDERED.

Dated:  **May 13, 2022**                                    /s/ Erica P. Grosjean
                                                                       UNITED STATES MAGISTRATE JUDGE

2