UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SIGALA,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF MCFARLAND, *et al*.<br><br>    Defendants. | Case No. 1:22-cv-00106-ADA-CDB<br><br>ORDER GRANTING *NUNC PRO TUNC* STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(Doc. 36) |

Pending before the Court is the parties' renewed stipulation requesting the Court modify the scheduling order *nunc pro tunc* to the extent to extending expert discovery deadlines. (Doc. 36). Counsel for Plaintiff attests the initial expert disclosure date inadvertently was not calendared by counsel's office. (Doc. 36-1 at 2). Plaintiff's counsel notes upon receiving Defendant's initial disclosures on June 5, 2023, she immediately contacted Defendants' counsel and requested an extension of time to obtain expert reports and to disclose them to Defendants. *Id*. On June 14, 2023, Plaintiff filed a stipulation to modify the scheduling order. (Doc. 34). On June 16, 2023, the Court denied Plaintiff's stipulation for failure to attach an affidavit and/or declaration as required by this Court's scheduling order. (Doc. 35). That same day, Plaintiff filed a renewed stipulation to modify the scheduling order. (Doc. 36).

Accordingly, in light of the representations within the renewed stipulation, and for good cause shown, it is HEREBY ORDERED:

1. The expert disclosure deadline is extended *nunc pro tunc* to June 26, 2023, rebuttal expert disclosure is extended to July 26, 2023, and the cut-off date for expert discovery is extended to August 25, 2023; and
2. The Court's Scheduling Order (Doc. 27) remains in full force and effect and governs all other dates not addressed by this stipulated order.

IT IS SO ORDERED.

Dated: **June 26, 2023**

UNITED STATES MAGISTRATE JUDGE