UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SIGALA, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MCFARLAND, *et al.*<br><br>Defendants. | Case No. 1:22-cv-00106-ADA-CDB<br><br>ORDER ON STIPULATION MODIFYING SCHEDULING ORDER<br><br>(Doc. 46) |

On August 11, 2023, the parties filed a third stipulated request to extend case management dates – specifically, the dates for dispositive motion filing and hearing, and the date for the pretrial conference. (Doc. 44). The Court denied the request without prejudice as it did not provide an in-kind extension of the pretrial conference and trial dates. (Doc. 45). The Court ordered any renewed, stipulated request for modification of the scheduling order to be filed within seven days of entry of that order. *Id.* at 2.

Pending before the Court is the parties' renewed stipulation to modify the scheduling order, which the Court finds to be consistent with its earlier order. (Doc. 46).

Accordingly, good cause appearing, IT IS HEREBY ORDERED:

1. The time to complete expert discovery is extended from October 2, 2023, to October 31, 2023;

2. The dispositive motion filing date is extended from October 16, 2023, to

November 30, 2023;

3. The hearing for dispositive motions is extended from November 27, 2023, to January 15, 2024;

4. The pre-trial conference is continued from January 29, 2024, to July 1, 2024, at 1:30 PM before Hon. District Judge Ana de Alba; and

5. The trial date is continued from April 2, 2024, to August 27, 2024, at 8:30 AM before Hon. District Judge Ana de Alba.

IT IS SO ORDERED.

Dated: __**August 31, 2023**__       _____
UNITED STATES MAGISTRATE JUDGE